**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JUNG JAE HYUNG, derivatively on behalf of FLUENCE ENERGY, INC,<br><br>Plaintiff,<br><br>-against-<br><br>JULIAN NEBREDA, AHMED PASHA, CYNTHIA ARNOLD, HERMAN BULLS, EMMA FALCK, RICARDO FALU, ELIZABETH FESSENDEN, HARALD VON HEYNITZ, BARBARA HUMPTON, AXEL MEIER, TISH MENDOZA, CHRIS SHELTON, SIMON J. SMITH, AHMED PASHA, MANUEL PEREZ DUBUC, DENNIS FEHR, MANAVENDRA SIAL, REBECCA BOLL,<br><br>Defendants,<br><br>-and-<br><br>FLUENCE ENERGY, INC.,<br><br>Nominal Defendant. | Case No. |

**MOTION FOR LEAVE**
**<u>TO FILE COMPLAINT UNDER SEAL</u>**

Plaintiff Jung Jae Hyung, derivatively on behalf of Fluence Energy, Inc., ("Plaintiff"), by and through his undersigned attorneys, respectfully moves this Court, pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 5.1.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware for leave to file the Verified Stockholder Derivative Complaint (the "Complaint") under seal. In support of this Motion, Plaintiff avers as follows:

1. The Complaint contains confidential information obtained through a books and records request made to Fluence Energy, Inc. ("Fluence" or the "Company") pursuant to 8 *Del. C.* § 220.

2. All of Fluence's books, records, accounts and financial statements are confidential and prohibits Plaintiff from disclosing publicly. Accordingly, certain information contained in the Complaint should be protected from disclosure and remain confidential.

3. "[T]he party seeking the…sealing of part of the judicial record bears the burden of showing that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *SoftView LLC v. Apple Inc.*, CIV. 10-389-LPS, 2012 WL 3061027 (D. Del. July 26, 2012). In the Third Circuit, "the focus of the inquiry is aimed at determining whether the party seeking to protect sealed judicial records has specifically demonstrated the need to keep the materials under seal." *Joint Stock Soc. v. UDV N. Am., Inc.*, 104 F. Supp. 2d 390, 396 (D. Del. 2000).

WHEREFORE, Plaintiff respectfully requests leave of Court to file the Complaint under seal.

Dated: January 16, 2026

Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Phone: 302-803-4600
rernst@bk-legal.com

*Attorney for Plaintiff*

**OF COUNSEL:**

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**JULIE & HOLLEMAN LLP**
W. Scott Holleman
157 East 86th Street, 4th Floor
New York, NY 10028
(929) 415-1020